No. 16. BUTLER *v.* MICHIGAN. Appeal from the Recorder's Court of the City of Detroit, Michigan. (Probable jurisdiction noted, 350 U. S. 963.) The motion of David S. Alberts for leave to file petition to intervene, or in the alternative, for consolidation of this case with *Alberts* v. *California,* No. 61, October Term, 1956, is denied. The movant is granted leave to file a further memorandum in No. 61. *Stanley Fleishman* and *William B. Murrish* for movant.

No. 275, Misc. BOBO *v.* CALIFORNIA. Petition for writ of certiorari to the Supreme Court of California denied and motion for leave to file petition for writ of habeas corpus denied.

No. 244, Misc. LOPEZ *v.* UNITED STATES. Application denied.

No. 158, Misc. LUNDGREN *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari· denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 295, Misc. UNITED STATES EX REL. YOUNG *v.* MYERS, ACTING WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 270, Misc. RICHTER *v.* NEW JERSEY. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.